# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

UNITED STATES OF AMERICA

V.                                          CASE NUMBER: 3:07CR61-4-FDW

CHAVIUS MARQUETTE BARBER

THIS MATTER is before the Court on Court's Order granting Petitioner's Petition for Relief under 28 U.S.C. §2241, filed 06/05/2019, and directing defendant be resentenced.

**NOW, THEREFORE, IT IS ORDERED** that:

The Bureau of Prisons and the United States Marshals service is hereby ORDERED to transport and produce the body of CHAVIUS MARQUETTE BARBER (USM# 21541-058), for resentencing before the honorable Frank D. Whitney, in the Western District of North Carolina, Charlotte, North Carolina not later than July 31, 2019, and upon completion of the resentencing hearing, Defendant is to be returned to the custody of the Bureau of Prisons.

The Clerk is directed to certify copies of this Order to the United States Attorney, Defendant's Counsel, the United States Marshal Service, and the United States Probation Office.

IT IS SO ORDERED.

Signed: July 3, 2019

_____
Frank D. Whitney
Chief United States District Judge